# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
        Plaintiff(s)

v.

Daquan Marquel Garner
        Defendant(s)

**EXHIBIT AND WITNESS LIST**

Case Number: 1:18cr283-1

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Judge Webster | John Alsup, AUSA | Tiffany Jefferson, AFPD |
| **Hearing Date:** | **Court Reporter** | **Courtroom Deputy** |
| 8/27/2018 | Proceedings Recorded | Donita M. Kemp |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X |   | 8/27/2018 |   |   | Detective, Clayton Coward (witness) |
|   | X | 8/27/2018 |   |   | Kitten Alston (witness) |